MN-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Ricky & Laurie Cook**        Chapter 7 Case No. **09-32758**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| American Infosource as Agent for Target<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | 2 | $27.48 | $1.41 |

Dated: June 9, 2010

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111